UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NET ZERO LOGISTICS LLC,

            Plaintiff,            24-cv-4895 (JGK)

    - against -               ORDER

HAILIFY, INC.,

            Defendant.

---

Pursuant to Federal Rule of Civil Procedure 12(a), the time for the defendant to answer has passed. ECF Nos. 6 and 7. To date, no answers have been filed.

The time for the defendant to answer or respond to the complaint is extended to **August 21, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff is directed to serve a copy of this Order on the defendant and to file proof of such service on the docket by **August 12, 2024**.

SO ORDERED.

Dated:    New York, New York
           August 7, 2024

                                            John G. Koeltl
                                    United States District Judge