```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────────

NET ZERO LOGISTICS LLC,                    24-cv-4895 (JGK)

               Plaintiff,             ORDER

    - against -

HAILIFY, INC.,

               Defendant.
─────────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The time for the plaintiff to serve on the defendant a copy of this Court's August 7, 2024 order, ECF No. 8, and to file proof of such service on the docket is extended to **August 16, 2024.**

The time for the defendant to answer or respond to the complaint remains **August 21, 2024**. See ECF No. 8.

**SO ORDERED.**

Dated:    New York, New York
            August 14, 2024

                                     /s/ John G. Koeltl
                                        John G. Koeltl
                              United States District Judge