

**WINDELS MARX** | Windels Marx Lane & Mittendorf, LLP

Dennis A. Amore
212.237.1000
damore@windelsmarx.com

windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

Septemebr 20, 2024

VIA ECF

Hon. John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*[Handwritten annotation: ADJOURNED TO TUESDAY, OCTOBER 8, 2024 AT 12:00PM. DIAL-IN: (888) 363-4749, ACCESS CODE: 8140049. SO ORDERED. 9/23/24 [signature] JSDJ]*

Re:    **Net Zero Logistics LLC v. Hailify, Inc.**
       **Case No.: 1:24-cv-04895**
       **Letter Motion Requesting To Adjourn The Pre-Motion Conference**

Dear Judge Koeltl:

This firm represents defendant Hailify, Inc. ("**Defendant**" or "**Hailify**") in the above-referenced civil action commenced by plaintiff Net Zero Logistics LLC ("**Plaintiff**" or "**Net Zero**") against Hailify (the "**Action**"). We write in accordance with Your Honor's Individual Practices requesting to adjourn the Pre-Motion Conference concerning Defendant's proposed Motion to Dismiss from September 24, 2024 **to October 7th or 8th, 2024**, or a date thereafter that is convenient for the Court.

On September 18, 2024, Defendant filed its Letter Motion (the "**Letter Motion**") requesting that the Court hold a pre-motion conference concerning Hailify's proposed motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) (the "**Motion to Dismiss**"). (*See* Dkt. 16.) The following day, the Court issued the So-Ordered the Letter Motion which, *inter alia*, directs that a pre-motion conference is to be held on September 24, 2024 at 11:30 AM *via* remote means (the "**Pre-Motion Conference**"). (*See* Dkt. 17.)

I am unable to appear for the aforesaid Pre-Motion Conference due to a scheduling conflict as I will be appearing on September 24th for a mediation in connection with a separate arbitration matter concerning Hailify. I have conferred with Plaintiff's counsel regarding a proposed adjourned date, and after discussing our respective schedules and other commitments over the coming weeks, the Parties have agreed to adjourn the Pre-Motion Conference to October 7th or 8th, 2024, or a date thereafter that is convenient for the Court. This is Defendant's first request for such an adjournment. Accordingly, Hailify respectfully requests that this Court grant this request.

Respectfully Submitted,
*/s/Dennis A. Amore*
Dennis A. Amore

Cc. All counsels *via* ECF

{12361352:1}