UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NET ZERO LOGISTICS LLC,

        Plaintiff,

- against -

HAILIFY, INC.,

        Defendant.

24-cv-4895 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff may file an amended complaint by **October 15, 2024**.

If the plaintiff files an amended complaint that cures the jurisdictional defects in the current complaint by **October 15, 2024**, the defendant may answer or otherwise respond by **October 29, 2024**.

The parties are directed to submit a Rule 26(f) report by **November 12, 2024**.

SO ORDERED.

Dated:    New York, New York
           October 8, 2024

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                       United States District Judge