```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――

NET ZERO LOGISTICS LLC,                            24-cv-4895 (JGK)

            Plaintiff,                ORDER

    - against -

HAILIFY, INC.,

            Defendant.

―――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The time for the parties to submit a Rule 26(f) report was November 12, 2024. ECF No. 21. To date, no such report has been filed.

    The time for the parties to submit a Rule 26(f) report is extended to **December 4, 2024.**

SO ORDERED.

Dated:    New York, New York
           November 17, 2024

                                      /s/ John G. Koeltl
                                    John G. Koeltl
                          United States District Judge