UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NET ZERO LOGISTICS LLC,                    24-cv-4895 (JGK)

              Plaintiff,            ORDER

    - against -

HAILIFY, INC.,

              Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a joint status report by March 3, 2025.

SO ORDERED.

Dated:    New York, New York
           February 24, 2025

                                          John G. Koeltl
                                   United States District Judge