```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NET ZERO LOGISTICS LLC,                    24-cv-4895 (JGK)

           Plaintiff,                    ORDER

   - against -

HAILIFY, INC.,

           Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a joint status report on or before the 28th day of every month until the parties reach a settlement in principle or the parties decide to request that the stay on all deadlines be lifted.

    The Court has already referred this case to Magistrate Judge Parker for settlement. Any requests for a second settlement conference should be addressed directly to Magistrate Judge Parker.

SO ORDERED.

Dated:   New York, New York
          April 1, 2025

                                                  John G. Koeltl
                                     United States District Judge