```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

NET ZERO LOGISTICS LLC,                24-cv-4895 (JGK)

           Plaintiff,               ORDER

      - against -

HAILIFY, INC.,

           Defendant.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties held a settlement conference before Magistrate Judge Parker on January 28, 2025. The parties thereafter continued to discuss settlement.

    On April 1, 2025, the Court ordered the parties to submit a joint status report on or before the 28th of every month until the parties reach a settlement in principle or the parties decide to request that the stay on all deadlines be lifted. ECF No. 36. On April 28, 2025, the parties submitted a joint status report stating that the parties have continued their settlement discussions. ECF No. 37. In response, the Court warned that the stay cannot be continued indefinitely, and that if the case is not settled, that it should proceed. ECF No. 38.

    The parties were required to submit a further status report on May 28, 2025. But, to date, the parties have failed to do so.

Accordingly, the stay on all deadlines is **lifted**. The parties are directed to submit a Rule 26(f) report by **June 6, 2025**.

SO ORDERED.

Dated:   New York, New York
         May 30, 2025

                                                John G. Koeltl
                                       United States District Judge