USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NET ZERO LOGISTICS LLC,

                                     Plaintiff,

      -against-

HAILIFY, INC.,

                                   Defendant.

-----------------------------------------------------------------X

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

24-CV-4895 (JGK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management conference in this matter is hereby scheduled for **Monday, August 11, 2025 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

Dated: July 7, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge