```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NET ZERO LOGISTICS LLC,

                                 Plaintiff,                                POST-CONFERENCE ORDER

                -against-                                              24-CV-4895 (JGK)

HAILIFY, INC.,

                                 Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On August 11, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Plaintiff's deadline to file an opposition to Defendant's Motion to Quash is extended to **September 12, 2025**. The reply is due **September 19, 2025**.

A settlement conference in this matter is scheduled for **Friday, September 5, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **August 29, 2025 by 5:00 p.m.**

    **SO ORDERED.**

Dated: August 12, 2025                                 KATHARINE H. PARKER
        New York, New York                     United States Magistrate Judge