# Sills Cummis & Gross
### A Professional Corporation

**101 Park Avenue, 28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561) 693-0440
Fax: (561) 828-0142

**Eric Su**
**Member**
**Admitted In NY**
**Direct Dial: 212-500-1587**
**Email: esu@sillscummis.com**

November 11, 2025

**VIA ECF**
Hon. Katherine H. Parker, U.S.M.J.
US Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Case Management Conference set for 11/13/2025 at 10:30 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Monday, January 5, 2026 at 3:00 p.m. Counsel is reminded that adjournment requests must be submitted at least two business days in advance of the proceeding.
>
> **APPLICATION GRANTED**
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 11/13/2025

Re:   *Net Zero Logistics LLC v. Hailify, Inc.*
      SDNY Case No. 24-cv-4895

Dear Magistrate Judge Parker:

We are counsel for Plaintiff, Net Zero Logistics LLC. With consent from Defendant's counsel, we respectfully request that the Court adjourn the conference scheduled for November 13, 2025 at 10:30 a.m. until the week of December 8, 2025. Defendant's counsel and I both have good availability that week.

The basis of this request is that the Parties are engaging in settlement discussions and last met on November 31, 2025 regarding potential settlement terms. The Parties need the additional time to further discuss settlement.

The Court's attention and understanding are greatly appreciated in advance.

Respectfully submitted,

Sills Cummis & Gross, P.C.

By: _____*S/Eric Su*_____
        Eric Su

cc.: R. Honecker, Esq.

20068060 v1