UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NET ZERO LOGISTICS LLC,

                                          Plaintiff,

                    -against-

HAILIFY, INC.,

                                          Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2026
```

**POST-CONFERENCE ORDER**

**24-CV-4895 (JGK)**

On January 5, 2026, the parties appeared before the undersigned for a case management conference.  As discussed at the conference:

Defendant's motion to quash is GRANTED for the reasons set forth in detail on the record.  Further, the parties are directed to file a status letter by **February 17, 2026** informing the Court as to the status of fact discovery.

        **SO ORDERED.**

Dated: January 5, 2026                    KATHARINE H. PARKER
        New York, New York                United States Magistrate Judge