UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NET ZERO LOGISTICS LLC,

<table>
<tr><td></td><td>Plaintiff,</td><td></td></tr>
<tr><td></td><td>-against-</td><td></td></tr>
<tr><td></td><td>HAILIFY, INC.,</td><td></td></tr>
<tr><td></td><td>Defendant.</td><td></td></tr>
</table>

Plaintiff,

-against-

HAILIFY, INC.,

Defendant.

-------------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____                   │
│ DATE FILED:___2/19/2026___       │
└─────────────────────────────────┘
```

**ORDER**

**24-CV-4895 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 19, 2026, Defendant Hailify Inc. ("Hailify") contacted chambers of the undersigned to request an extension of time to obtain substitute counsel in the above-captioned action.  In a prior Order granting the motion of Windels Marx Lane & Mittendorf LLP to withdraw as counsel for Hailify, the Court noted that a corporate defendant may not proceed pro se and afforded Hailify thirty days to retain new counsel.

Upon further review of the docket, however, Dennis Andrew Amore of Westerman Ball Ederer Miller Zucker & Sharfstein LLP remains listed as counsel of record for Hailify. Accordingly, Mr. Amore is directed to submit a letter to the Court on or before February 26, 2026 informing the Court whether he continues to represent Hailify in this action.

**SO ORDERED.**

Dated: February 19, 2026
   New York, New York

KATHARINE H. PARKER
United States Magistrate Judge