UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NET ZERO LOGISTICS LLC,

                                   Plaintiff,

                 -against-

HAILIFY, INC.,

                                   Defendant.
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2026
```

**ORDER**

**24-CV-4895 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On February 20, 2026, Defendant Hailify Inc. ("Hailify") requested a thirty-day extension of time to secure counsel in the above-entitled action.  (ECF No. 70)  That request is GRANTED. Hailify has until **March 26, 2026** to secure new counsel else risk default be entered against it.

Furthermore, based on the representations of Dennis A. Amore at ECF No. 71, he no longer represents Hailify in this action.  As a result, he requests that his appearance be terminated from the docket.  That request is GRANTED.  Mr. Amore is reminded that in the future, he must comply with Local Civil Rule 1.4 by moving the Court to withdraw as counsel if his representation of a client ends before a final judgment is entered.

**The Clerk of Court is respectfully directed to terminate Dennis A. Amore's appearance as counsel for Hailify from the docket.**

    **SO ORDERED.**

Dated: February 26, 2026
    New York, New York

                                     KATHARINE H. PARKER
                                       United States Magistrate Judge

2