USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NET ZERO LOGISTICS LLC,

Plaintiff,

-against-

HAILIFY, INC.,

Defendant.
-----------------------------------------------------------------X

**SCHEDULING ORDER**

**24-CV-4895 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 16, 2026, Plaintiff filed a letter requesting an extension of time to file its memorandum of law supporting default damages. The request is GRANTED. Plaintiff shall submit its memorandum of law, together with evidentiary proof of the damages it is seeking, submitted by affidavit, consistent with Federal Rule of Civil Procedure 55 by **July 31, 2026**.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 81.**

**SO ORDERED.**

Dated: July 17, 2026
New York, New York

Katharine H Parker
KATHARINE H. PARKER
United States Magistrate Judge