USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NET ZERO LOGISTICS LLC,

Plaintiff,

-against-

HAILIFY, INC.,

Defendant.
------------------------------------------------------------------X

**ORDER**

**24-CV-4895 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Pursuant to Local Civil Rule 55.1(b), the Clerk of Court is respectfully directed to enter a certificate of default as to Hailify, Inc. and Plaintiff is directed to (1) serve the certificate, once entered, on Defendant and (2) file proof of such service on the docket.

**The Clerk of Court is respectfully directed to mail a copy of this order to Defendant at 250 E. Sandford Blvd., Mount Vernon, NY 10550.**

**SO ORDERED.**

Dated: August 5, 2026
New York, New York

Katharine H Parker
KATHARINE H. PARKER
United States Magistrate Judge