USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NET ZERO LOGISTICS LLC,

Plaintiff,

-against-

HAILIFY, INC.,

Defendant.
---------------------------------------------------------------X

**SCHEDULING ORDER**

**24-CV-4895 (JGK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On September 9, 2026, Plaintiff Net Zero Logistics LLC ("NZL") appeared before the undersigned for an inquest hearing on damages. For the reasons explained more fully on the record, by **September 30, 2026**, NZL is directed to submit supplemental briefing establishing its entitlement to each category of damages sought under its breach of contract theory and addressing whether any of the requested amounts are duplicative. NZL should pay particular attention to explaining the basis for recovering certain costs in addition to amounts allegedly owed for services rendered. More generally, the supplemental submission should identify the contractual and legal basis for each category of damages sought and demonstrate that the requested recovery does not result in duplicative compensation for the same underlying loss.

**The Clerk of Court is respectfully directed to mail a copy of this order to Defendant at 250 E. Sandford Blvd., Mount Vernon, NY 10550.**

**SO ORDERED.**

Dated: September 10, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge