UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NET ZERO LOGISTICS LLC,

Plaintiff,

- against -

HALLIFY, INC.,

Defendant.

24-cv-4895 (JGK)

Order

JOHN G. KOELTL, District Judge:

The time for the parties to object to Magistrate Judge Parker's Report and Recommendation (ECF No. 93) is extended until **Monday, November 9, 2026**.

The Clerk is respectfully directed to mail a copy of this Order to the defendant and to note mailing on the docket.

SO ORDERED.

Dated: New York, New York
October 22, 2026

John G. Koeltl
United States District Judge