UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NET ZERO LOGISTICS LLC,

Plaintiff,

- against -

HAILIFY, INC.,

Defendants.

24-cv-4895 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Parker dated October 5, 2026 recommending that default judgment be entered against the defendant Hailify, Inc. ("Hailify") and that damages be awarded to the plaintiff, Net Zero Logistics LLC ("Net Zero").

No objections have been filed to the Report and Recommendation, and the time for objections has passed. In any event, the Court finds that the Report and Recommendation is thorough and well-reasoned and should be adopted. The Court therefore adopts the Report and awards the plaintiff the relief set out in the Report.

The Clerk is respectfully requested to enter Judgment in accordance with the Report and Recommendation, specifically an award of damages totaling $3,256,617.00, consisting of $1,821,332.00 for unpaid services rendered, $705,526.00 in late fees, $529,759.00 in interest incurred by Net Zero on its line of credit, and $200,000.00 in legal fees, together with pre-judgment interest at the rate of nine percent per annum from June 22, 2024

to the date of the entry of Judgment, and the Specific Relief specified on page 14 of the Report and Recommendation ordering Hailify to (1) transfer ownership of Hailify's accounts that are stored at the Facility to Net Zero and (2) issue a security interest to Net Zero over Hailify's GOMO software.

The Clerk is respectfully requested to close all pending motions and to close this case.

**SO ORDERED.**

**Dated:** **New York, New York**
**November 20, 2026**

John G. Koeltl
**John G. Koeltl**
**United States District Judge**