UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NET ZERO LOGISTICS LLC.,

Plaintiff,

-against-

HAILIFY, INC.,

Defendants.

24 CIVIL 04895 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated November 20, 2026, the Court adopts the Report and awards the plaintiff the relief set out in the Report. The Clerk is respectfully requested to enter Judgment in accordance with the Report and Recommendation, specifically an award of damages totaling $3,256,617.00, consisting of $1,821,332.00 for unpaid services rendered, $705,526.00 in late fees, $529,759.00 in interest incurred by Net Zero on its line of credit, and $200,000.00 in legal fees, together with prejudgment interest at the rate of nine percent per annum from June 22, 2024 to the date of the entry of Judgment, and the Specific Relief specified on page 14 of the Report and Recommendation ordering Hailify to (1) transfer ownership of Hailify's accounts that are stored at the Facility to Net Zero and (2) issue a security interest to Net Zero over Hailify's GOMO software; accordingly, the case is closed.

**Dated:** New York, New York
November 20, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**